FILED
CLERK, U.S. DISTRICT COURT

NOV 30 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5

6           UNITED STATES DISTRICT COURT
7           CENTRAL DISTRICT OF CALIFORNIA
8

UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          ) CASE NO. CR 07-314-SVW
                               )
    v.                         )
                               ) ORDER OF DETENTION
Jorge Velasquez               )
                               ) [Fed. R. Crim. P. 32.1(a)(6);
                               )  18 U.S.C. § 3143 (a)]
           Defendant.          )

                               I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Cent Dist CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _____
No Bail Resources


      and/or

B.   (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Prior Crim History_

IT IS THEREFORE ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 11/30/11

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE